No. 74–6204. LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6206. LAWRENCE v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–6209. FLORES v. McCUNE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 74–6221. VAN BUREN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. .

No. 74–6229. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. .

No. 74–6234. SCOTT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. .

No. 74–6240. MOORE v. UNITED STATES; and.
No. 74–6256. MORROW v. UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 74–6244. LEE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. .

No. 74–6265. STABLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–6277. RETHORST v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. .

No. 74–6343. DAYE v. BOUNDS, CORRECTION COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied. .

No. 74–6346. MILLER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.